UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-2574-AG(FMOx) | | Date | April 30, 2008 |
|---|---|---|---|---|
| Title | WARNER-TAMBERLANE PUBLISHING CORP, ET AL v LAURINDO "LARRY" SANTOS, ET AL | | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | |

**Proceedings:**   [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff(s), to show cause in writing no later than **May 9, 2008** why this action should not be dismissed for lack of prosecution.

A Scheduling/Status Conference in this matter was held on October 30, 2006. The counsel for plaintiff advised the Court that he would be filing a motion to transfer this matter to the District of Massachusetts within 30 days. To date, no further action in this matter has been taken.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

NO oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | | |
| | lmb | |