



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP. | Case Number CV 05-02574 AG (FMOx) |
| Plaintiffs, | [Proposed] PRELIMINARY INJUNCTION |
| vs. | [F.R.C.P. 65(b)] |
| LAURINDO "LARRY" SANTOS, individually and doing business as KARAOKE MONTHLY.COM, VALERIE BERENS, individually and doing business as KARAOKE MONTHLY.COM, BAY STATE CD ROM, INC. | [MOTION FOR PRELIMINARY INJUNCTION, REQUEST FOR JUDICIAL NOTICE, DECLARATION OF JACOB ROSNER, DECLARATION OF ALAN S. GUTMAN AND DECLARATION OF MATTHEW E. HESS, PROOF OF SERVICE FILED CONCURRENTLY HEREWITH] |
| Defendants. | DATE:    AUGUST 28, 2006<br>TIME:    10:00 A.M.<br>CTRM:    10D [SANTA ANA]<br>JUDGE:<br>    HON. ANDREW J. GUILFORD |

1        The Motion for Preliminary Injunction of Plaintiffs Warner-Tamerlane Publishing

2  Corp. and WB Music Corp. came on for hearing on August 28, 2006. After considering the

3  motion, opposition, and reply and the oral argument of counsel, the Court hereby GRANTS

4  Plaintiff's motion for a preliminary injunction and makes the following findings of fact and

5  conclusions of law:

6                          **FINDINGS OF FACT**

7        1.     Plaintiffs Warner-Tamerlane Publishing Corp. and WB Music Corp. are,

8  respectively the BMI and ASCAP affiliates of Warner/Chappell Music, Inc.  Declaration of

9  Jacob Rosner in Support of Plaintiffs' Motion for Preliminary Injunction, ¶ 2.

10      2.     Plaintiffs are the legal or beneficial owners of an exclusive right to negotiate

11  and administer licenses, collect and distribute royalties, and, when necessary, bring

12  infringement actions on behalf of one or more of the identified writers to the 570 musical

13  compositions listed at Exhibit "A" to this Preliminary Injunction.

14      3.     Defendants Bay State CD-ROM, Inc., Laurindo "Larry" Santos, individually

15  and doing business as Karoke Monthly.com, and Valerie Berens, individually and doing

16  business as Karaoke Monthly.com, own and operate several related companies which

17  manufacture and distribute DVD's and CD+G's (CD-ROMS encoded with computer

18  graphics) for use in Karaoke machines.  Deposition of Laurindo "Larry" Santos ("Santos

19  Dep.") at Exhibit "A" to the Declaration of Alan S. Gutman ("Gutman Decl.") in Support of

20  Plaintiffs' Motion for Preliminary Injunction, pp. 131:18-133:23; Deposition of Valerie

21  Berens ("Berens Dep.") at Exh. "B" to Gutman Decl., pp. 21:16-22:3.

22      4.     Specifically, Bay State CD-Rom is the distributor of CD+G's produced by

23  Panorama Records, Inc., another company owned by Santos and Berens. .Santos Dep.,

24  9:6-9, 37:7-13; Berens Dep., pp. 7:1-2, 16:18-20

25      5.     Panorama Records is Bay State's sole supplier, and that 99% of the CD+G's

26  Bay State sells are manufactured by Panorama Records.  Santos Dep., pp. 103:4-103:23;

27  Berens Dep., pp. 36:24-37:11

28      6.     Bay State continues to sell Panorama's infringing material.  Declaration of

1   Brian M. Pomerantz ("Pomerantz Decl.") at Exhibit "A" to Plaintiffs' Request for Judicial

2   Notice ("RJN"), ¶¶ 7-14.   The distributor's purchasing manager verified that the store

3   purchased over 250 infringing CD's from Bay State in the months after this lawsuit was

4   filed.   Defendants are continuing to sell their infringing products via the Internet.

5   Declaration of Matthew E. Hess in Support of Plaintiffs' Motion for Preliminary Injunction

6   ("Hess Decl."), ¶¶ 2-7.

7       7.   The DVD's and CD+G's distributed by Defendants contain unlicensed copies

8   of copyrighted songs, including many owned by Plaintiffs.  Defendants have admitted that

9   they never made any attempt to obtain licenses for this copyrighted material, and that their

10   decision to distribute the compositions without seeking a licenses was intentional.  Santos

11   Santos Dep., pp. 34:22-35:1; 119:18-120:19.

12       8.   Panorama Records was found liable for willful copyright infringement by the

13   United States District Court for the Middle District of Tennessee in the case entitled Zomba

14   Records, et al., vs. Panorama Records, et al., No. 3:03-0042 (M.D. Tenn. 2003).  RJN,

15   Exh. C.

16       9.   Because Defendants have admitted their copyright infringement, and have

17   been found liable for copyright infringement by the United States District Court for the

18   Middle District of Tennessee, there is scant likelihood that they will be injured by the

19   issuance of this injunction.  Accordingly, Plaintiffs will not be required to post an injunction

20   bond.

21   **CONCLUSIONS OF LAW**

22   Preliminary Injunction Standard

23       10.   For a preliminary injunction to issue, a movant must show: (1) a likelihood of

24   success on the merits and the possibility of irreparable injury; or (2) the existence of

25   serious questions going to the merits and the balance of hardships tipping in the movant's

26   favor.  Gilder v. PGA Tour, Inc., 936 F.2d 417, 422 (9th Cir. 1991); see also  Arcamuzi v.

27   Continental Air Lines, Inc., 819 F.2d 935, 937 (9th Cir. 1987).

28       11.   An injunction is an equitable remedy.   Stanley v. University of Southern

California, 13 F.3d 1313, 1320 (9th Cir. 1994). Accordingly, "In each case, a court must balance the competing claims of injury and must consider the effect on each party of the granting or withholding of the requested relief." Amoco Production Co. v. Village of Gambell, Alaska, 480 U.S. 531, 439 (1987) The burden is always on the moving party to establish that it is entitled to injunctive relief. CityFed Financial Corp. v. Office of Thrift Supervision, 58 F.3d 738 (D.C. Cir.1995)

## There Is A Likelihood of Success on the Merits

12.    The Court finds that Plaintiffs have demonstrated that there is a likelihood of success on the merits. Defendants have admitted that they are engaged in the unlicensed sale of copyrighted materials. Accordingly, the Court finds that there is a strong likelihood of success on the merits.

## Defendants Have Admitted Their Infringement

13.    To establish a case of copyright infringement, a plaintiff must prove (1) ownership of a copyright; and (2) the copying of an expression protected by the copyright. LGS Architects, Inc. v. Concordia Homes of Nevada,434 F.3d 1150 (9th Cir. 2006); Frybarger v. International Business Machines Corp., 812 F.2d 525, 529 (9th Cir.1987); Sid & Mary Krofft Television Productions., Inc. v. McDonald's Corp., 562 F.2d 1157, 1162 (9th Cir.1977)

14.    As demonstrated by the Declaration of Jacob Rosner, Plaintiffs are the legal and/or beneficial owners of an exclusive copyright interest in and to each of the 570 musical compositions identified in Exhibit A. They have therefore established the first element of their claim for copyright infringement.

15.    Defendant Laurindo "Larry" Santos, one of the officers of defendant Bay State CD-Rom, Inc., admitted that none of the copyrighted recordings sold by Bay State and Panorama are lawfully licensed. Santos Dep., pp. 34:22-35:1; 119:18-120:19.

16.    Because Plaintiffs have established their ownership of the copyrighted materials in their catalog, and because Defendants have admitted that they copied and distributed them without obtaining a license, Plaintiffs have met their burden of showing

1  that there is a "likelihood of success on the merits" and an injunction is therefore
2  warranted.

3  <center>There is A Substantial Threat of Irreparable Injury</center>

4      19.    In copyright cases, irreparable injury is presumed when a plaintiff can show
5  a likelihood of success on a copyright infringement claim. Triad Systems Corp. v.
6  Southeastern Express Co., 64 F3d 1330, 1335 (9th Cir. 1995) ("In a copyright infringement
7  action, however, the rules are somewhat different. A showing of a reasonable likelihood
8  of success on the merits raises a presumption of irreparable harm");  Johnson Controls,
9  Inc. v. Phoenix Control Systems, Inc., 886 F.2d 1173, 1174 (9th Cir. 1989) ("...in a copyright
10 infringement claim, a showing of a reasonable likelihood of success on the merits raises
11 a presumption of irreparable harm.")  Accordingly, since plaintiffs have shown a likelihood
12 of success on the merits, the Court finds that an injunction should issue.

13 <center>Legal Remedies are Inadequate</center>

14     20.    The next factor a movant must establish in order to show its entitlement to
15 injunctive relief is the inadequacy of legal remedies.  In copyright cases, once the movant
16 shows a likelihood of success on the merits, the inadequacy of legal remedies is
17 presumed. Cadence Design Systems, Inc. v. Avant! Corp., 125 F.3d 824, 827-28 (9th Cir.
18 1997); 4 Melville B. Nimmer & David Nimmer, Nimmer on Copyright § 14.06[A], p. 14-105
19 (1997) (if a plaintiff establishes a likelihood of success on the merits of a copyright
20 infringement claim, "it would seem erroneous to deny a preliminary injunction simply
21 because actual damages can be precisely calculated...." )  Accordingly, since Plaintiffs
22 have shown a likelihood of success on the merits, the Court finds that an injunction should
23 issue.

24 <center>No Injunction Bond Shall Be Required</center>

25     In light of the fact that there is overwhelming evidence of Defendants' intentional
26 infringement of Plaintiffs' copyrighted compositions, the Court will not require Plaintiffs to
27 post security before this injunction shall issue.  The Court finds that since Defendants'
28 business is based entirely on the sale of infringing products, there is no danger that the

1   injunction will be too broad and will impair any legitimate activity.  Accordingly, no bond is

2   required. <u>Jorgensen v. Cassiday</u>,  320 F.3d 906, 919 (9th Cir. 2003).

3   //

4   //

5   //

6   //

7   //

8   //

9   //

10  //

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

WARNER\SANTOS\MPI-PO

PRELIMINARY INJUNCTION

1   **ORDER AND PRELIMINARY INJUNCTION**

2       IT IS HEREBY ORDERED THAT:

3       1.      Plaintiffs' Motion for Preliminary Injunction is GRANTED; WITH
A $100,000 BOND;

4       2.      Defendants Laurindo "Larry" Santos, individually and doing business as

5   karaokemonthly.com, Valerie Berens, individually and doing business as

6   karaokemonthly.com, and Bay State CD-Rom, Inc and their partners, subsidiaries,

7   affiliates, officers, agents, representatives, servants, employees, privies, and all persons

8   in active concert and participation with them who receive actual notice of this Preliminary

9   Injunction, are restrained and enjoined from reproducing, manufacturing,  importing,

10  licensing, distributing, offering to the public, offering for sale, performing, or recording any

11  of the musical compositions in Exhibit "A" hereto.

12      3.      Defendants are hereby ordered to deliver all recordings, including all CD+G's,

13  DVD's, CD's, tapes, DATS, and other recordings which contain any of the 570 musical

14  compositions identified in Exhibit A hereto in their possession, custody, or control to

15  counsel for Plaintiff within forty-eight (48) hours after they receive notice of this injunction.

16  Defendants are forbidden from destroying any of the infringing material.

17      4.      Counsel for Plaintiffs is hereby directed to maintain custody of all materials

18  delivered to them by Defendants until the end of this action, at which time the Court may

19  order these materials destroyed or returned to Defendants.

20      IT IS SO ORDERED.

21  Dated: JAN 20, 2009

22                                          HON. ANDREW J. GUILDFORD
                                            UNITED STATES DISTRICT JUDGE

23  Submitted by:

24  LAW OFFICES OF
    ALAN S. GUTMAN

25

26  By:
        Alan S. Gutman

27      Attorneys for Plaintiffs
        WARNER-TAMERLANE PUBLISHING CORP.

28      and WB MUSIC CORP.

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|

### EXHIBIT "A"

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 1. | "How You Remind Me" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 2. | "Never Again" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 3. | "Breathe" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 4. | "Too Bad" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 5. | "Because of You" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 6. | "Feelin' Way Too Damn Good" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 7. | "Figured You Out" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 8. | "Someday" | Nickelback | Chad Kroeger, Ryan Anthony Peake, Michael Kroeger and Ryan Vikedal |
| 9. | "Save a Horse (Ride a Cowboy)" | Big & Rich | John Rich and Kenny Alphin |
| 10. | "Wild West Show" | Big & Rich | John Rich, Kenny Alphin and Blair Daly |
| 11. | "Holy Water" | Big & Rich | John Rich, Kenny Alphin and Vicky McGehee |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 12. | "When I Think About Cheatin'" | Gretchen Wilson | John Rich, Vicky McGehee and Gretchen Wilson |
| 13. | "Redneck Woman" | Gretchen Wilson | John Rich and Gretchen Wilson |
| 14. | "Here for the Party" | Gretchen Wilson | John Rich, Gretchen Wilson and Kenny Alphin |
| 15. | "Out of Control" | Hoobastank | Doug Robb, David Estrin, Chris Hesse and Markku Lappalainen |
| 16. | "Remember Me" | Hoobastank | Doug Robb, David Estrin, Chris Hesse and Markku Lappalainen |
| 17. | "Running Away" | Hoobastank | Doug Robb, David Estrin, Chris Hesse and Markku Lappalainen |
| 18. | "Disappear" | Hoobastank | by Doug Robb, David Estrin, Chris Hesse and Markku Lappalainen |
| 19. | "The Reason" | Hoobastank | Doug Robb, David Estrin, Chris Hesse and Markku Lappalainen |
| 20. | "Crawling in the Dark" | Hoobastank | Doug Robb, David Estrin, Chris Hesse and Markku Lappalainen |
| 21. | "Same Direction" | Hoobastank | Doug Robb, David Estrin, Chris Hesse and Markku Lappalainen |
| 22. | "Come Clean" | Hilary Duff | John Shanks and Kara DioGuardi |
| 23. | "Fly" | Hilary Duff | John Shanks and Kara DioGuardi |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 24. | "Autobiography" | Ashlee Simpson | John Shanks, Kara DioGuardi and Ashlee Simpson |
| 25. | "La La " | Ashlee Simpson | John Shanks, Kara DioGuardi and Ashlee Simpson |
| 26. | "Shadow" | Ashlee Simpson | John Shanks, Kara DioGuardi and Ashlee Simpson |
| 27. | "Pieces of Me" | Ashlee Simpson | John Shanks, Kara DioGuardi and Ashlee Simpson |
| 28. | "Sorry" | Madonna | Madonna and Stuart Price |
| 29. | "Brighter Than Sunshine" | Aqualung | Matthew Hales & Kim Oliver |
| 30. | "L.O.V.E" | Ashlee Simpson | John Shanks |
| 31. | "We Belong Together" | Gavin DeGraw | Gavin DeGraw |
| 32. | "I Live For The Day" | Lindsay Lohan | Andreas Carlsson |
| 33. | "Have A Nice Day" | Bon Jovi | John Shanks |
| 34. | "Because You Live" | Jesse McCartney | Andreas Carlson / Chris Braide |
| 35. | "California 2005 (From The O.C. Mix 5)" | Phantom Planet | Al Jolson/ BG Desylva |
| 36. | "I'm Feeling You" | Santana Feat. Michelle Branch & The Wreckers | John Shanks/ Michelle Branch |
| 37. | "Hung Up" | Madonna | Madonna/ Stuart Price |
| 38. | "Stickwitu" | The Pussycat Dolls | Franne Golde |
| 39. | "Boyfriend" | Ashlee Simpson | John Shanks |
| 40. | "Photograph (Pop Edit)" | Nickelback | Chad Kroeger/ Michael Kroeger /Ryan Peake/ Daniel Adair |
| 41. | "Everything To Me" | Liz Phair | John Shanks |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|-------|-------------|----------------|------------|
| 42. | "Forever" | Vertical Horizon | Matt Scannell |
| 43. | "Lost Without You" | Delta Goodrem | Matthew Gerrard |
| 44. | "Follow Through (Remix)" | Gavin DeGraw | Gavin DeGraw |
| 45. | "Inside Your Heaven" | Bo Bice | Andreas Carlsson |
| 46. | "Who We Are" | Hope Partlow | Kevin Kadish |
| 47. | "Can't Behave" | Courtney Jaye | Gary Louris |
| 48. | "First" | Lindsay Lohan | John Shanks |
| 49. | "How Love Should Be" | Tyler Hilton | Tyler Hilton |
| 50. | "Collide" | Howie Day | Kevin Griffin |
| 51. | "When It Comes" | Tyler Hilton | Tyler Hilton |
| 52. | "I Don't Want To Be" | Gavin DeGraw | Gavin DeGraw |
| 53. | "Us" | Sixpence None The Richer | Matt Slocum |
| 54. | "You And Me" | Lifehouse | Jude Cole |
| 55. | "Chariot" | Gavin DeGraw | Gavin DeGraw |
| 56. | "Get Right" | Jennifer Lopez | James Brown |
| 57. | "Over" | Lindsay Lohan | John Shanks |
| 58. | "Emotional" | Diana DeGarmo | Andreas Carlson/ Desmond Child/ Chris Braide |
| 59. | "A Lifetime" | Better Than Ezra | Kevin Griffin |
| 60. | "Beautiful" | Moby | Moby |
| 61. | "Seven Days Without You" | Avion | Stuart Brawley |
| 62. | "Here With Me" | Mercy Me | Daniel MaCkala/ Peter Kipley |
| 63. | "Light In Your Eyes" | Sheryl Crow | Sheryl Crow/ John Shanks |
| 64. | "Don't Leave Home" | Dido | Dido Armstrong |
| 65. | "Sand In My Shoes" | Dido | Dido Armstrong |

11

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 66. | "Older Than My Years" | Cherie | Paul Moessl |
| 67. | "Dreams" | Diana DeGarmo | Andreas Carlsson/ Chris Braide/ Desmond Child |
| 68. | "Breakaway" | Kelly Clarkson | Matt Gerrard |
| 69. | "First Of The Gang To Die" | Morrissey | Steven Morrissey |
| 70. | "Hole In The Head" | Sugababes | Cooper/ Higgins/ Powell/ Coler/ Scarlett |
| 71. | "Amazing" | George Michael | Jonathon Douglas/ George Michael |
| 72. | "Take My Breath Away" | Jessica Simpson | Giorgio Moroder/ Tom Whitlock |
| 73. | "Don't Wanna Think About You" | Simple Plan | Comeau/ Stinco/ Bouvier/ Levebre/ Desrosiers |
| 74. | "Red Blooded Woman" | Kylie Minogue | Jonathan Douglas |
| 75. | "Gabriel" | Suzy K | Joy Askew |
| 76. | "Til I Get Over You" | Michelle Branch | Michelle Branch/ John Shanks |
| 77. | "Closer To You" | Thalia | David Siegel |
| 78. | "The Way" | Clay Aiken | Siegel/Morales |
| 79. | "Extraordinary" | Liz Phair | Lauren Christy |
| 80. | "Slow" | Kylie Minogue | Emiliana Torrini / Daniel Carey |
| 81. | "Hand On" | Smash Mouth | Camp / Harwell / DeLisle |
| 82. | "Stuck" | Stacie Orrico | Kevin Kadish |
| 83. | "Hidden Agenda" | Craig David | Mark Hill |
| 84. | "You're Still You" | Josh Groban | Linda Thompson |
| 85. | "The Remedy (I Won't Worry)" | Jason Mraz | Lauren Christy |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 86. | "Me Against The Music" | Britney Spears feat. Madonna | Madonna |
| 87. | "Nothing Fails" | Madonna | Madonna |
| 88. | "Invisible" | Clay Aiken | Chris Braide/ Andreas Carlsson |
| 89. | "Life For Rent" | Dido | Dido Armstrong |
| 90. | "Breathe" | Michelle Branch | Michelle Branch/ John Shanks |
| 91. | "Another Postcard (Chimps)" | Barenaked Ladies | Steven Page/ Ed Robertson |
| 92. | "Memphis Soul Song" | Uncle Kracker | Matthew Shafer |
| 93. | "Wanting Out" | Michelle Branch | Michelle Branch/ John Shanks |
| 94. | "White Flag" | Dido | Dido Armstrong |
| 95. | "(There's Gotta Be) More To Life" | Stacie Orrico | Kevin Kadish/ Lucy Woodward |
| 96. | "Righteously" | Lucinda Williams | Lucinda Williams |
| 97. | "This Is The Night" | Clay Aiken | Chris Braide |
| 98. | "Hollywood" | Madonna | Madonna |
| 99. | "Why Don't You & I" | Santana Feat. Alex Band | Chad Kroeger |
| 100. | "Special" | Wilshire | Lori & Micah Wilshire |
| 101. | "Mr. Bartender (It's So Easy)" | Sugar Ray | McGrath/ Frazier/ Sheppard/ Karbes/ Burock/ Scott/ Griffin |
| 102. | "Are You Happy Now?" | Michelle Branch | Michelle Branch/ John Shanks |
| 103. | "American Life" | Madonna | Madonna |
| 104. | "It's About Time" | Lillix | Lauren Christy |
| 105. | "What Do You Do" | The Troys | Lauren Christy |
| 106. | "Freeze" | Pay The Girls | Phelps / Fox / Fisher / Pence |
| 107. | "Dumb Grils" | Lucy Woodward | Kevin Kadish/ Lucy Woodward |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 108. | "Cry Me A River" | Justin Timberlake | Tim Mosley |
| 109. | "Miss You" | Aaliyah | Ted Bishop |
| 110. | "I'm With You" | Avril Lavigne | Lauren Christy/ Scott Spock/ Graham Edwards |
| 111. | "Die Another Day" | Madonna | Madonna |
| 112. | "The Game Of Love" | Santana Feat. Michelle Branch | Gregg Alexander |
| 113. | "Breathe Your Name" | Sixpence None the Richer | Matt Slocum |
| 114. | "Sk8er Boi" | Avril Lavigne | Lauren Christy/ Scott Spock |
| 115. | "Dirrty" | Christina Aguilera Feat. Redman | Dana Stinson / Reggie Noble |
| 116. | "In A Little While" | Uncle Kracker | Matt Shafer |
| 117. | "Extreme Ways" | Moby | Richard Hall |
| 118. | "Goodbye To You" | Michelle Branch | Michelle Branch |
| 119. | "Steve McQueen" | Sheryl Crow | Sheryl Crow/ John Shanks |
| 120. | "Good Friend" | Nine Days | John Hampson |
| 121. | "I Care 4 U" | Aaliyah | Tim Mosley/ Missy Elliott |
| 122. | "That's What Girls Do" | No Secrets | Richie Supa |
| 123. | "I'm Alive" | Celine Dion | Andreas Carlsson / Kristian Lundin |
| 124. | "Don't Turn Off The Lights" | Enrique Iglesias | David Siegel |
| 125. | "For All Time" | Soluna | David Siegel / Steve Morales |
| 126. | "Walking Away" | Craig David | Mark Hill |
| 127. | "I Can't Help You Now" | Bonnie Raitt | Wayne Kirkpatrick |
| 128. | "Shine" | Meredith Brooks | David Darlings |
| 129. | "Complicated" | Avril Lavigne | Christy / Spock / Edwards |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 130. | "Anything" | Jaheim Featuring Next | Keir Gist |
| 131. | "Soak Up The Sun" | Sheryl Crow | Sheryl Crow |
| 132. | "Escape" | Enrique Iglesias | David Siegel / Steve Morales |
| 133. | "Insatiable" | Darren Hayes | Darren Hayes |
| 134. | "Can't Get You Out Of My Head" | Kylie Minogue | Hook / Summer / Morris / Gilbert |
| 135. | "I'm Not A Girl, Not Yet A Woman" | Britney Spears | Dido Armstrong |
| 136. | "All You Wanted" | Michelle Branch | Michelle Branch |
| 137. | "7 Days" | Craig David | Mark Hill / Darren Hill |
| 138. | "U Got It Bad" | Usher | Bryan Michael Cox |
| 139. | "We Fit Together" | O-Town | Joe Belmatti / Mich Harsen |
| 140. | "Answer The Phone" | Sugar Ray | McGrath / Frazier / Sheppard / Bullock / Karge |
| 141. | "You Rock My World" | Michael Jackson | Michael Jackson |
| 142. | "Rock The Boat" | Aaliyah | Rapture Stewart / Eric Seats |
| 143. | "Emotion" | Destiny's Child | Barry Gibb |
| 144. | "Family Affair" | Mary J. Blige | Andre Young / Melvin Bradford |
| 145. | "I'll Fly With You (L'Amour Toujours) - Duet" | Gigi D'Agostino | D'Agostino / Sandrini / Montagner / Leoni |
| 146. | "Lovin' Each Day" | Ronan Keating | Gregg Alexander |
| 147. | "She's All I Got" | Jimmy Cozier | Michael Flower |
| 148. | "Everywhere" | Michelle Branch | Michelle Branch |
| 149. | "Hunter" | Dido | Dido Armstrong |
| 150. | "Fill Me In" | Craig David | Mark Hill |
| 151. | "Someone To Call My Lover" | Janet | Bunnell |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 152. | "I Wanna Be Bad" | Willa Ford | Williforb |
| 153. | "What It Feels Like For A Girl" | Madonna | Madonna |
| 154. | "Imitation Of Life" | R.E.M. | Stipe / Milis / Buck |
| 155. | "Video" | India.Arie | Simpson |
| 156. | "All For You" | Janet | Romani / Malavasi / Garfield |
| 157. | "Heard It All Before" | Sunshine Anderson | Flowers |
| 158. | "Whole New You" | Shawn Colvin | Shawn Colvin |
| 159. | "Crazy" | K-Ci & JoJo | Allamby |
| 160. | "I Can't Deny It" | Rod Stewart | Alexander |
| 161. | "Best I Ever Had" | Vertical Horizon | Scannell |
| 162. | "Don't Tell Me" | Madonna | Madonna / Henry |
| 163. | "Love By Grace" | Lara Fabian | Loggins |
| 164. | "Thank You" | Dido | Dido Armstrong |
| 165. | "She Bangs" | Ricky Martin | Rosa/ Child |
| 166. | "911" | Wyclef Jean Feat. Mary J. Blige | Brown |
| 167. | "Independent Women Part 1" | Destiny's Child | Steward / Seats |
| 168. | "Music" | Madonna | Madonna |
| 169. | "Pinch Me" | Barenaked Ladies | Page / Robertson |
| 170. | "Just Be A Man About It" | Toni Braxton | Bishop/Cox |
| 171. | "Try Again" | Aaliyah | Mosley |
| 172. | "Graduation (Friends Forever)" | Vitamin C | Deutsch |
| 173. | "Falls Apart" | Sugar Ray | McGrath / Frazier / Sheppard / Karges / Bullock / Nichol |
| 174. | "Everything You Want" | Vertical Horizon | Scannell |
| 175. | "Bring It All To Me" | Blaque Feat. N Sync | Lawrence |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|-------|-------------|----------------|------------|
| 176. | "Great Beyond, The" | R.E.M. | Stipe/Buck/Mills |
| 177. | "I Knew I Love You" | Savage Garden | Jones/Hayes |
| 178. | "Then The Morning Comes" | Smash Mouth | Camp |
| 179. | "Shake Your Bon Bon" | Ricky Martin | Rosa |
| 180. | "Lost In You" | Garth Brooks (as Chris Gaines) | Kirkpatrick |
| 181. | "Heartbreaker" | Mariah Carey/Feat Jay-Z | Walden |
| 182. | "Smile" | Vitamin C Feat. Lady Saw | Deutsch |
| 183. | "Smooth" | Santana Feat. Rob Thomas | Shur |
| 184. | "She's All I Ever Had" | Ricky Martin | Rosa |
| 185. | "I'll Be Your Everything" | Youngstown | James/ Levy/ Stevens/ Roundtree |
| 186. | "Better Days" | Citizen King | Sims/ Cooley |
| 187. | "Someday" | Sugar Ray | McGrath/ Frazier/ Sheppard/ Karges/ Bullock/ Nichol |
| 188. | "Spend My Life With You" | Eric Benet Feat. Tamia | Posey |
| 189. | "Tell Me It's Real" | K-Ci & Jo Jo | Bennett |
| 190. | "All Star" | Smash Mouth | Camp |
| 191. | "Beautiful Stranger" | Madonna | Madonna |
| 192. | "Where My Girls At" | 702 | Elliott/Seats/Stewart |
| 193. | "Livin' La Vida Loca" | Ricky Martin | Rosa |
| 194. | "One More Try" | Divine | Michael |
| 195. | "Anything But Down" | Sheryl Crow | Sheryl Crow |
| 196. | "At The Stars" | Better Than Ezra | Griffin |
| 197. | "Animal Song, The" | Savage Garden | Jones/ Hayes |
| 198. | "I'm Not Ready" | Keith Sweat | Little/ Jones |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 199. | "Kiss Me" written by Slocum | Sixpence None The Richer | Slocum |
| 200. | "Every Morning" | Sugar Ray | McGrath/ Frazier/ Sheppard/ Karges |
| 201. | "Taking Everything" | Gerald Levert | Allamby/ Browder/ Robertson |
| 202. | "I'm N Luv (Wit A Stripper)" | T-Pain Feat. Mike Jones | Jones |
| 203. | "Grillz" | Nelly Feat. Paul Wall, Ali & Gipp | Slayton |
| 204. | "I Am Not My Hair" | India.Arie | Simpson |
| 205. | "Grown & Sexy" | Babyface | Simmons |
| 206. | "Nasty Girl" | Notorious B.I.G. Feat. Diddy, Nelly & Jagged Edge | Jordan/Alexander |
| 207. | "Laffy Taffy" | D4L | Williams |
| 208. | "Be Without You" | Mary J. Blige | Cox |
| 209. | "Gotta Go" | Trey Songz | Smith/Neveson |
| 210. | "If I Was Your Woman" | Alicia Keys | Bacharach |
| 211. | "It's You" | Urban Mystic | Bacharach |
| 212. | "Here We Go" | Trina Feat. Kelly Rowland | Lucas |
| 213. | "Trippin" | Toni Braxton | Cox |
| 214. | "Your Body" | Pretty Ricky | Smith/ Smith/ Smith/ Cooper/ Mathis |
| 215. | "Girl Tonite" | Twista Feat. Trey Songz | Jones |
| 216. | "Badd" | Ying Yang Twins Feat. Mike Jones | Jones |
| 217. | "Extravaganza" | Jamie Foxx Feat. Kanye West | Michael Flowers |
| 218. | "Don't Forget About Us" | Mariah Carey | Cox |
| 219. | "Gold Digger" | Kayne West Feat. Jamie Foxx | Charles/ Richard |

18

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|-------|-------------|----------------|------------|
| 220. | "I Wanna Be Loved" | Eric Benet | Posey |
| 221. | "Shake It Off" | Mariah Carey | Cox |
| 222. | "Like You" | Bow Wow Feat. Ciara | Cox |
| 223. | "Back Then" | Mike Jones | Jones |
| 224. | "Outta Control" | 50 Cents | Young/ Pope |
| 225. | "Pon De Replay" | Rihanna | Nobles/Brooks |
| 226. | "Pinkin' All Over The World" | Ludacris Feat. Bobby Valentino | Scantlebury |
| 227. | "Sorry For The Stupid Things" | Babyface | Simmons |
| 228. | "Get It Poppin'" | Fat Joe Feat. Nelly | Cartagena |
| 229. | "Go!" | Common | Lewis |
| 230. | "How To Deal" | Frankie J | Cox |
| 231. | "Ass Like That" | Eminem | Young/Pope |
| 232. | "Sugar (Gimme Some)" | Trick Daddy Feat. Cee-Lo & Ludacris | Young |
| 233. | "The Potion" | Ludacris | Mosley |
| 234. | "Number One Spot" | Ludacris | Jones |
| 235. | "Back Of Da Club" | Mashonda | Tifrere |
| 236. | "Baby Mama" | Fantasia | Relord/ Aklin |
| 237. | "How We Do" | The Game Feat. 50 Cent | Young |
| 238. | "Disco Inferno" | 50 Cent | Cox |
| 239. | "Bring Em Out" | T.I. | Gamble / Bell / Chambers / Harris |
| 240. | "Karma" | Lloyd Banks | Jackson/ Yancy |
| 241. | "Just Lose It" | Eminem | Young/ Pope |
| 242. | "Lean Back" | Terror Squad | Cartagena |
| 243. | "Headsprung" | LL Cool J Feat. Timbaland | Mosley |
| 244. | "If I Was Your Girlfriend" | Nicole Wray | Beck/ Williams/ Jones/ Bonner Pierce |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 245. | "My Place" | Nelly Feat. Jaheim | Gamble/ Huff |
| 246. | "I Wanna Thank Ya" | Angie Stone Feat. Snoop Dogg | Alexander |
| 247. | "99 Problems" | Jay-Z | Young/ Ross/ Seymour/ Evans |
| 248. | "Free" | Lashell Griffin | Golde/ Livingston |
| 249. | "Confessions Part II" | Usher | Cox |
| 250. | "Make It Alright" | Carl Thomas | City |
| 251. | "Burn" | Usher | Cox |
| 252. | "Naughty Girl" | Beyonce | Moroder/ Belloitte |
| 253. | "U Should've Known Better" | Monica | Cox |
| 254. | "I'm Really Hot" | Missy Elliott | Elliott/ Mosley/ Aleem/ Aleem/ Toureau |
| 255. | "I Want You" | Janet Jackson | Bacharach |
| 256. | "Neva Eva" | Trillville | Glaze/ Edwards/ Prince |
| 257. | "Dirt Off Your Shoulder" | Jay-Z | Mosley |
| 258. | "Rubber Band Man" | T.I. | Harris |
| 259. | "Indian Flute" | Timbaland & Magoo Feat. Sebastian & Rajeshwari | Mosley |
| 260. | "U Got That Love (Call It A Night)" | Gerald Levert | Nichols |
| 261. | "Pass That Dutch" | Missy Elliott | Elliott/ Mosley/ Jolicdeur/ Mason/ Mercer/ Huston |
| 262. | "Walked Outta Heaven" | Jagged Edge | Cox |
| 263. | "Backtight" | Jaheim | Williams/ Carstarphen/ McFadden/ Gamble / Whitehead |
| 264. | "Read Your Mind" | Avant | Gamble/ Huff |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 265. | "Magic Stick" | Lil Kim Feat. 50 Cent | Jones |
| 266. | "Roun' The Globe" | Nappy Roots | Flowers |
| 267. | "The Jump Off" | Lil' Kim Feat. Mr. Cheeks | Jones/Mosley |
| 268. | "Come Over" | Aaliyah | Cox/ Alexander/ Hicks |
| 269. | "Put That Woman First" | Jaheim | Gist/ Lighty/ Brown |
| 270. | "Try It On My Own" | Whitney Houston | Sager |
| 271. | "The Truth" | India.Arie | Simpson |
| 272. | "In Da Club" | 50 Cent | Young |
| 273. | "Mesmerize" | Ja Rule Feat. Ashanti | Creed/Bell |
| 274. | "Gossip Folks" | Missy "Misdemeanor" Elliott Feat. Ludacris | Elliott / Mosley |
| 275. | "Do That..." | Baby Feat. P. Diddy | Alexander |
| 276. | "Imagine That" | Next | Gist/ Lighty |
| 277. | "Work It" | Missy "Misdemeanor" Elliott | Elliott/ Simmons |
| 278. | "Strength Of A Woman" | Shaggy | Burell/ Ducent/ Darson/ Fletcher/ Pizzonia/ Birch/ Browne |
| 279. | "03 Bonnie & Clyde" | Jay-Z Feat. Beyonce Knowles | Wrice/ Harper |
| 280. | "Smoking Cigarettes" | Tweet | Keys |
| 281. | "Put Me Down" | Donell Jones | Lightly/ Lightly/ Gist |
| 282. | "Little Things" | India.Arie | Simpson |
| 283. | "Hey Sexy Lady" | Shaggy Feat. Brian & Tony Gold | Morrison/ Livingston/ Birch |
| 284. | "Stingy" | Ginuwine | Cox |
| 285. | "Don't You Forget it" | Glenn Lewis | Lewis |
| 286. | "Oops (Oh My)" | Tweet | Elliott/ Mosley/ Keys |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 287. | "Don't Mess With My Man" | Nivea Feat. Brian & Brandon Casey | Cox |
| 288. | "Blue Jeans" | Yasmeen Feat. Ghostface Killah | Alexander/ Hicks |
| 289. | "Dilemma" | Nelly Feat. Kelly Rowland | Gamble/ Sigler |
| 290. | "All Eyez On Me" | Monica | Jones |
| 291. | "Sugarhigh" | Jade Anderson | Anderson/ White |
| 292. | "U-Turn" | Usher | Cox |
| 293. | "Nothin'" | N.OR.E. | Camp/ Santiago |
| 294. | "Just A Friend 2002" | Mario | Gamble/ Huff |
| 295. | "I Got It" | Jagged Edge | Cox/ Scantlebury/ Taylor/ Smith |
| 296. | "Wish I Didn't Miss You" | Angie Stone | Huff/ McFadden/ Whitehead |
| 297. | "Where The Party At" | Jagged Edge | Cox |
| 298. | "More Than A Woman" | Aaliyah | Mosley |
| 299. | "No More Drama" | Mary J. Blige | Edwards |
| 300. | "One Minute Man" | Missy "Misdemeanor" Elliott | Pomeranz/ Elliott/ Mosley |
| 301. | "Let Me Blow Ya Mind" | Eve Feat. Gwen Stefani | Young |
| 302. | "Area Codes" | Ludacris Feat. Nate Dogg | Alexander |
| 303. | "Can't Believe" | Faith Evans Feat. Carl Thomas | Young/Taylor |
| 304. | "Love Will Always Win" | Garth Brooks & Trisha Yearwood | Kukpahick/ Kennedy |
| 305. | "Never Mind Me" | Big & Rich | Rich/ Alphin Clawson |
| 306. | "Bring It On Home" | Little Big Town | Kukpahick/ Buck/ Hayes |
| 307. | "Something's Gotta Give" | LeAnn Rimes | Wiseman/ Mulling |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 308. | "Corn Fed" | Shannon Brown | Rich/ McGehee/ Brown |
| 309. | "I'm Taking The Wheel" | SheDaisy | Osborn/ Shanks |
| 310. | "Why" | Jason Aldean | Rich/ Clawson/ McGehee |
| 311. | "I'll Die Tryin'" | Lonestar | Bogard/ Shover |
| 312. | "I Don't Feel Like Loving You Today" | Gretchen Wilson | Berg/ Collins |
| 313. | "Kerosene" | Miranda Lambert | Earie/ Lambert |
| 314. | "Comin' To Your City" | Big & Rich | Rich/ Alphin |
| 315. | "Nobody Gonna Tell Me What To Do" | Van Zandt | Nichols/ Wiseman/ Mullins |
| 316. | "All Jacked Up" | Gretchen Wilson | Rich/ Wilson/ McGehee |
| 317. | "Like We Never Loved At All" | Faith Hill | Rich/ McGehee/ Sack |
| 318. | "Dream Big" | Ryan Shupe & The Rubber Band | Shupe |
| 319. | "Inside Your Heaven" | Carrie Underwood | Carlsson/ Nylen/ Kotecna |
| 320. | "Mississippi Girl" | Faith Hill | Rich/ Schoenfeld |
| 321. | "Boondocks" | Little Big Town | Kirkpatrick/ Roads/ Sweeteral |
| 322. | "You're Like Coming Home" | Lonestar | Shover/ Kenney/ Maher |
| 323. | "Fast Cars And Freedom" | Rascal Flatts | Moldey/ Lerox/ Trasher |
| 324. | "Hicktown" | Jason Aldean | Rich/ Alphin/ McGehee |
| 325. | "I Want A Cowboy" | Katrina Elam | Elan/ Kukpatrick/ Sloas |
| 326. | "Don't Worry 'Bout A Thing" | SheDaisy | Deere/ Osborn |
| 327. | "Big Time" | Big & Rich | Rich/ Alphin/ Aparo |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 328. | "Pickin Wildflowers" | Keith Anderson | Rich/ Anderson/ Williams |
| 329. | "If She Were Any Other Woman" | Buddy Jewell | Harrington/ Lovelace/ Beaurrs |
| 330. | "Picture" | Kid Rock Feat. Sheryl Crow | Crow/ Ritchie |
| 331. | "On A Mission" | Trick Pony | Dean/ Tribble/ Murphy |
| 332. | "At The End Of The Day" | Kellie Coffey | Coffey/ James |
| 333. | "Modern Man" | Michael Peterson | Peterson/ Roberts/ Golde |
| 334. | "Dream Your Way To Me" | Shannon Lawson | Lawson/ Nichols |
| 335. | "Somebody Like You" | Keith Urban | Shanks/ Urban |
| 336. | "Fall Into Me" | Emerson Drive | Stover/ Orlon |
| 337. | "Cadillac Tears" | Kevin Denney | Varble/ Satcher |
| 338. | "Unbroken" | Tim McGraw | Lamar/ Roboff |
| 339. | "Have You Forgotten" | Darryl Worley | Varble/ Worley |
| 340. | "Whatever It Takes" | Kellie Coffey | Coffey/ Obrien |
| 341. | "99.9% Sure (I've Never Been Here Before)" | Brian McComas | Austin/ Barnhill |
| 342. | "I Want My Money Back" | Sammy Kershaw | Berg/ Tate/ Tate |
| 343. | "Rock-A-Bye Heart" | Steve Holy | Roman/ Matkosky |
| 344. | "Love Won't Let Me" | Tammy Cochran | Derre/ Golde/ Livingston |
| 345. | "The Love Song" | Jeff Bates | Bates/ Beathard/ Beard |
| 346. | "There's More To Me Than You" | Jessica Andrews | Slater/ Chagnon |
| 347. | "Was That My Life" | Jo Dee Messina | Green/ Luther |
| 348. | "There's No Limit" | Deana Carter | Scriggs/ Carter |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 349. | "You're My Better Half" | Keith Urban | Shanks |
| 350. | "The Chance" | Julie Roberts | Bryant/ Horgber |
| 351. | "Long, Slow Kisses" | Jeff Bates | Bates/ Haysup/ Bradberry |
| 352. | "Back When" | Tim McGraw | Stevens/ Smith/ Lynch |
| 353. | "Come Home Soon" | SheDaisy | Shanks / Osborn |
| 354. | "Nothing On But The Radio" | Gary Allan | Hill/ Blacknor/ Long |
| 355. | "Live Like You Were Dying" | Tim McGraw | Nichols/ Wiseman |
| 356. | "Hey Good Lookin'" | Jimmy Buffett | Hank Williams Sr. |
| 357. | "I Meant To" | Brad Cotter | Bogard/ Cotter/ Giles |
| 358. | "I Wanna Make You Cry" | Jeff Bates | Beard |
| 359. | "Loco" | David Lee Murphy | Tribble |
| 360. | "That's What She Gets For Loving Me" | Brooks & Dunn | McBride |
| 361. | "Didn't I" | Rachel Proctor | Bergsnes/ Post/ Nash |
| 362. | "Somebody" | Reba McEntire | Berg/ Tate/ Tate |
| 363. | "This Love" | LeAnn Rimes | Beeson/Collins |
| 364. | "Sweet Southern Comfort" | Buddy Jewell | Clawson/ Crissler |
| 365. | "There Goes My Life" | Kenny Chesney | Thrasher/ Moble y |
| 366. | "Texas Plates" | Kellie Coffey | James |
| 367. | "I'm One Of You" | Hank Williams Jr. | Coty/ Melton |
| 368. | "I Can't Be Your Friend" | Rushlow | Clawson/ Crisler |
| 369. | "It's Five O'clock Somewhere" | Alan Jackson & Jimmy Buffett | Brown/ Rollings |
| 370. | "I Melt" | Rascal Flatts | Mosley/ Thrasher/ Levox |

PRELIMINARY INJUNCTION

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 371. | "What The World Needs" | Wynonna | Lamar/ James |
| 372. | "Then They Do" | Trace Adkins | Rollins/ Russ |
| 373. | "The Truth About Men" | Tracy Byrd | Johnson/ Lee/ Oversheet |
| 374. | "A Boy Like You" | Trick Pony | Newfield/ Rutherford/ Shapiro |
| 375. | "Don't Waste My Time" | Little Big Town | Childess/ Kelly/ Millgehal |
| 376. | "Look At Me Now" | Sixwire | Mandile/ McClintock |
| 377. | "Where Would You Be" | Martina McBride | Ferrell/ Proctor |
| 378. | "Dare To Dream" | Jo Dee Messina | Bach/ Follese |
| 379. | "The Good Stuff" | Kenny Chesney | Collings/ Wiseman |
| 380. | "When You Lie Next To Me" | Kellie Coffey | Harman/ Martin |
| 381. | "Just What I Do" | Trick Pony | Burns/ Dean |
| 382. | "Goodbye On A Bad Day" | Shannon Lawson | Peters |
| 383. | "Before I Knew Better" | Brad Martin | Simpson Lee |
| 384. | "Karma" | Jessica Andrews | Green/ Mayo |
| 385. | "I Should Be Sleeping" | Emerson Drive | Wright |
| 386. | "She Doesn't Dance" | Mark McGuinn | Perimmer/ McGuinn/ Decker |
| 387. | "Wrapped Up In You" | Garth Brooks | Kirkpatrick |
| 388. | "I'm Movin' On" | Rascall Flatts | White/ Williams |
| 389. | "Bring On the Rain" | Jo Dee Messina & Tim McGraw | Darling/ Montana |
| 390. | "How Cool Is That" | Andy Griggs | Griggs/ Thrasher/ Mobley |
| 391. | "Unusually Unusual" | Lonestar | Mark McGuinn |
| 392. | "Angels In Waiting" | Tammy Cochran | Cochran/ McBride/ Harris |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 393. | "Where I Come From" | Alan Jackson | Alan Jackson |
| 394. | "On A Night Like This" | Trick Pony | Kahan/ Staley |
| 395. | "When I Think About Angels" | Jamie ONeal | Oneal/ Dean/ Tillis |
| 396. | "Why They Call It Falling" | Lee Ann Womack | Dean/ Schutz |
| 397. | "Mrs. Steven Rudy" | Mark McGuinn | McGuinn/ Decker |
| 398. | "People Like Us" | Aaron Tippon | Tribble/ Murphy |
| 399. | "When Someone Loves You" | Alan Jackson | Alan Jackson |
| 400. | "A Rose Is A Rose" | Meredith written | Bryant/ Berg/ Russ |
| 401. | "She Couldn't Change Me" | Montgomery Gentry | Knight/ Nicholson |
| 402. | "Move On" | The Warren Brothers | Wilde/ Warren/ Warren |
| 403. | "Pour Me" | Trick Pony | Newfield/ Wedlock/ Dean/ Burns/ Belfhly |
| 404. | "What Do You Know About Love" | Dwight Yoakam | Yoakam |
| 405. | "Scream" | Mindy McCready | Darling/ Waggoner |
| 406. | "Wild Horses" | Garth Brooks | Shore/ Wills |
| 407. | "You Made Me That Way" | Andy Griggs | Malloy/ Burr |
| 408. | "Things Change" | Tim McGraw | Green/ Lindsey/ Luther/ Mayo |
| 409. | "Lucky 4 You" | Shedaisy | Deere/ McCabe/ Osborne |
| 410. | "Www.Memory" | Alan Jackson | Jackson |
| 411. | "Oklahoma" | Billy Gilman | Williams/ Allen |
| 412. | "I Lost It" | Kenny Chesney | Olander/ Thrasher |
| 413. | "Meanwhile Back At The Ranch" | The Clark Family Experience | Kirkpatrick/ Kennedy |
| 414. | "One Voice" | Billy Gilman | Malloy/ Cook |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 415. | "When You Need My Love" | Darryl Worley | Worley/ Varble |
| 416. | "Self Made Man" | Montgomery Gentry | Varble/ Knowles |
| 417. | "Lonely" | Tracy Lawrence | Dean/ Bruce |
| 418. | "That's The Way" | Jo Dee Messina | Lamar/ Roboff |
| 419. | "More" | Trace Adkins | McHugh/ Gray |
| 420. | "Prayin' For Daylight" | Rascal Flatts | Bogard/ Giles |
| 421. | "It's Always Somethin'" | Joe Diffie | Green/ Mayo |
| 422. | "What About Now" | Lonestar | Smith/ Baker/ Harbin |
| 423. | "Forever Works For Me" | Neal McCoy | Bogard/ Giles |
| 424. | "Unconditional" | Clay Davidson | Hengber/ Bryant/ Rutherford |
| 425. | "Yes" | Chad Brock | Collins/ Smith/ Brock |
| 426. | "Way You Love Me, The" | Faith Hill | Follese/ Dulaney |
| 427. | "Jimmy's Got A Girlfriend" | The Wilkinsons | Smith/ McDonald/ Harbin |
| 428. | "She's More" | Andy Griggs | Crosby/ Hengber |
| 429. | "Unbreakable Heart" | Jessica Andrews | Tench |
| 430. | "Me And Maxine" | Sammy Kershaw | Bradberry/ Lunn |
| 431. | "Let Make Love" | Faith Hill & Tim McGraw | Green/ Lindsey/ Luther |
| 432. | "Quittin' Kind, The" | Joe Diffie | Sanders/ Hogin/ Barnhar |
| 433. | "Beer Thirty" | Brooks & Dunn | McBride |
| 434. | "A Matter Of Time" | Jason Sellers | Roboff/ Wiseman/ Sellers |
| 435. | "It Don't Matter To The Sun" | Garth Brooks (as Chris Gaines) | Kirkpatrick/ Kennedy |
| 436. | "I Love You" | Martina McBride | Follese/ Follese/ Hyler |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 437. | "Missing You" | Brooks & Dunn | Sandford/ Leonard/ Waite |
| 438. | "An Man Ain't Made Of Stone" | Randy Travis | Gerner/ Golde/ Burr |
| 439. | "Little Man" | Alan Jackson | Alan Jackson |
| 440. | "Trouble Is A Woman" | Julie Reeves | Johnson/ Malloy/ Williams |
| 441. | "Something Like That" | Tim McGraw | Ferrell/ Follese |
| 442. | "Lesson In Leavin'" | Joe Dee Messina | Goodrun/ Maher |
| 443. | "South Of Santa Fe" | Brooks & Dunn | Nelson/ Boone/ Brooks |
| 444. | "Angels Working Overtime" | Deana Carte | Lunn/ Dulaney |
| 445. | "Amazed" | Lonestar | Green/ Lindsey/ Mayo |
| 446. | "One Honest Heart" | Reba | Baker/ Myers/ Malloy |
| 447. | "A Night To Remember" | Joe Diffie | Barnes/ Hale |
| 448. | "Gone Crazy" | Alan Jackson | Alan Jackson |
| 449. | "I Will Be There For You" | Jessica Andrews | Leo/ Shapiro/ Bowles |
| 450. | "Everytime I Cry" | Terri Clark | Stanley/ Regan |
| 451. | "No More Looking Over My Shoulder" | Travis Tritt | Wiseman/ Peterson |
| 452. | "I Can't Get Over You" | Brooks & Dunn | McBride/ Dunn |
| 453. | "Hands Of A Working Man" | Ty Herndon | Williams/ Collins |
| 454. | "How Forever Feels" | Kenny Chesney | Mobley/ Mullins |
| 455. | "Wrong Night" | Reba McEntire | Leo/ Bowles |
| 456. | "Somebody's Out There Watching" | The Kinleys | Lerner/ Golde/ Brooker |
| 457. | "By The Book" | Michael Peterson | Peterson/ Orrall |
| 458. | "Spirit Of A Boy" | Randy Travis | Bruce/ Burtnick |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 459. | "Someone You Used To Know" | Collin Raye | Johnson/ Lee |
| 460. | "Everything's Changed" | Lonestar | Nelson/ Boone/ McDonald |
| 461. | "There You Have It" | Blackhawk | Bogard/ Giles |
| 462. | "I Wanna Feel That Way Again" | Tracy Byrd | Bogard/ Stevens/ Leigh |
| 463. | "Forever Love" | Reba McEntire | Bryant/ Hengber/ Russ |
| 464. | "Nothing New Under The Moon" | LeAnn Rimes | Shapiro/ Bowles/ Leo |
| 465. | "Surrender" | 4Him | Bourgeois/ Harris |
| 466. | "The Other Side Of The Radio" | Chris Rice | Rice |
| 467. | "Redeemer" | Nicole Mullen | Nicole Mullen |
| 468. | "Spoken For" | MercyMe | Kipley/ Millard/ Cochran/ Bryson/ Shaffer/ Scheuchzer |
| 469. | "I'm All Yours" | Rachael Lampa | Lampa/ Lewis/ Laruiz/ Laruiz |
| 470. | "You're The First, The Last, My Everything" | Barry White | White/ Radcliffe/ Sepe |
| 471. | "Escape (The Pina Colada Song)" | Rupert Holmes | Rupert Holmes |
| 472. | "Grease" | Frankie Valli | Gibb |
| 473. | "Stayin' Alive" | Bee Gees | Gibb/ Gibb/ Gibb |
| 474. | "Bad Bad Leroy Brown" | Jim Croce | Jim Croce |
| 475. | "Hot Stuff" | Donna Summer | Bellotte/ Forsey/ Faltermeier |
| 476. | "Celebration" | Kool And The Gang | Bell/ Smith/ Brown/ Taylor/ Mickens/ Toon/ Thomas/ Bell/ Deodato |
| 477. | "Addicted To Love" | Robert Palmer | Robert Palmer |
| 478. | "Everybody Have Fun" | Wang Chung | Hues/ Feldman/ Wolf |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 479. | "You Needed Me" | Anne Murray | Goodrum |
| 480. | "Comedy Tonight" | A Funny Thing Happened On The Way To The Forum | Sondheim |
| 481. | "Send In The Clowns" | A Little Night Music | Sondheim |
| 482. | "Big Spender" | Sweet Charity | Coleman/ Fields |
| 483. | "If My Friends Could See Me Now" | Sweet Charity | Coleman/ Fields |
| 484. | "Look To The Rainbow" | Patti Labelle | Lane/ Harburg |
| 485. | "Savin' Me" | Nickelback | Kroeger/ Kroeger/ Peake/ Adair |
| 486. | "Animals" | Nickelback | Kroeger/ Kroeger/ Adair |
| 487. | "Falling" | Staind | Lewis/ Mushok/ Wysocki/ April |
| 488. | "Stricken" | Disturbed | Draiman/ Donegan/ Wengreen |
| 489. | "Panic Prone" | Chevelle | Loeffler/ Loeffler/ Loeffler |
| 490. | "Wake Me Up When September Ends" | Green Day | Armstrong/ Pritchard/ Wright |
| 491. | "Guarded" | Disturbed | Draiman/ Donegan/ Wengreen |
| 492. | "Right Here" | Staind | Lewis/ Mushok/ Wysocki/ April |
| 493. | "Wordplay" | Jason Mraz | Mraz/ Kadish |
| 494. | "She Says" | Unwritten Law | Russo/ Brewer/ Morris /Kim/ Allen/ Palermo/ Jamieson |
| 495. | "Holiday" | Green Day | Armstrong/ Pritchard/ Wright |
| 496. | "Shut Up" | Simple Plan | Bouvier/Comeau |
| 497. | "If I Die Tomorrow" | Motley Crue | Sixx/ Comeav/ Bouvier |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 498. | "The Clincher" | Chevelle | Loeffer/ Loeffer/ Loeffer |
| 499. | "Save Me" | Unwritten Law | Russo/ Allen/ Perry |
| 500. | "Boulevard Of Broken Dreams" | Green Day | Armstrong/ Pritchard/ Wright |
| 501. | "Welcome To My Life" | Simple Plan | Bouvier/Comeau |
| 502. | "American Idiot" | Green Day | Armstrong/ Pritchard/ Wright |
| 503. | "Triple Trouble" | Beastie Boys | Edwards/ Rodgers/ Diamonds/ Yauch/ Horowitz |
| 504. | "Vitamin R (Leading Us Along)" | Chevelle | Loeffler/ Loeffler/ Loeffler |
| 505. | "Spin You Around" | Puddle Of Mudd | Scantlin |
| 506. | "Throw It All Away" | Default | Kroeger/ Benedict/ Craig/ Hora/ Smith |
| 507. | "Zoe Jane" | Staind | Lewis/ Mushok/ Wysocki/ April |
| 508. | "Jackson, Mississippi" | Kid Rock | Ritchie/ Trenibley |
| 509. | "Heel Over Head" | Puddle Of Mudd | Scantlin |
| 510. | "Away From Me" | Puddle Of Mudd | Scantlin |
| 511. | "How About You" | Staind | Lewis/ Mushok/ Wysocki/ April |
| 512. | "Go To Sleep" | Radiohead | Yorke/ Selway/ O'Brien/ Greenwood/ Greenwood |
| 513. | "I'm Still Here" | Vertical Horizon | Scannell |
| 514. | "Closure" | Chevelle | Loeffler/ Loeffler/ Loeffler |
| 515. | "So Far Away" | Staind | Lewis/ Mushok/ Wysocki/ April |
| 516. | "Price To Play" | Staind | Lewis/ Mushok/ Wysocki/ April |
| 517. | "Minerva" | Deftones | Moreno/ Carpenter/ Cheng/ Cunnigham/ Delgado |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|-------|-------------|----------------|-----------|
| 518. | "There There" | Radiohead | Yorke/ Selway/ O'Brien/ Greenwood/ Greenwood |
| 519. | "Caught In The Rain" popularized by Revis | Revis | Davis/ Cox/ Holman/ Thiemann |
| 520. | "Send The Pain Below" | Chevelle | Loeffler/ Loeffler/ Loeffler |
| 521. | "Remember" | Disturbed | Draimen/ DonEgan/ Kmak/ Wengreen |
| 522. | "She Hates Me" | Puddle Of Mudd | Scantlin/Allen |
| 523. | "Up All Night" | Unwritten Law | Russo/ Brewer/ Youman/ Morris/ Kim |
| 524. | "The Red" | Chevelle | Loeffler/ Loeffler |
| 525. | "Hate To Say I Told You So" | The Hives | Fitzsimmons |
| 526. | "Freaking Out" | Adema | Kohls/ Chavez/ Deroo/ Ransan/ Fluckey/ Appleberry |
| 527. | "Hero" | Chad Kroeger Feat. Josey Scott | Kroeger |
| 528. | "Epiphany" | Staind | Lewis |
| 529. | "Drift & Die" | Puddle Of Mudd | Scantlin/ Allen |
| 530. | "Deny" | Default | Kroeger/ Smith/ Hora/ Craig |
| 531. | "Live Again" | Sevendust | Rose/ Hornsby/ Courry/ Witherspoon/ Connolly |
| 532. | "Lonely Road Of Faith" | Kid Rock | Ritchie |
| 533. | "Seein' Red" | Unwritten Law | Russo/ Brewer/ Morris/ Youman/ Kim |
| 534. | "For You" | Staind | Mushok/ Lewis/ Wysocki/ April |
| 535. | "The Way You Like It" | Adema | Kohl/ Chavez/ Dcroo/ Ranson/ Fluckey |
| 536. | "Save Me" | Remy Zero | Tate/ Tate/ Williams/ Thompson/ Slay |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 537. | "Blurry" | Puddle Of Mudd | Scantlin/ Ardito/ Allen |
| 538. | "Forever" | Kid Rock | Ritchie/ Shaffer/ Beauregard |
| 539. | "Steppin' Away" | Stereomud | Richardson/ Lowrry/ Zampella/ Rogers/ Fattoruso |
| 540. | "Fade" | Staind | Mushok/ Lewis/ Wysocki/ April |
| 541. | "Control" | Puddle Of Mudd | Scantlin/ Stewart |
| 542. | "Giving In" | Adema | Kohl/ Chavez/ Deroo/ Ranson/ Fluckry |
| 543. | "Soul Singing" | The Black Crowes | Robinson/ Robinson |
| 544. | "Days Of The Week" | Stone Temple Pilots | Deleo/ Deleo/ Kretz/ Weiland |
| 545. | "Smooth Criminal" | Alien Ant Farm | Jackson |
| 546. | "When It's Over" | Sugar Ray | McGrath/ Frazier/ Sheppard/ Bullock/ Karles |
| 547. | "Pain" | Stereomud | Richardson/ Lowery/ Zampella/ Rogers/ Fattoruso |
| 548. | "Outside" | Staind | Lewis |
| 549. | "Rise" | The Cult | Astbury/ Duffy |
| 550. | "It's Been Awhile" | Staind | Lewis/ Mushok/ Wysocki/ April |
| 551. | "Lickin" | The Black Crowes | Robinson/ Robinson |
| 552. | "Waiting" | Green Day | Armstrong/ Wright/ Pritchard/ Hatch |
| 553. | "Follow Me"Uncle Kracker | Uncle Kracker | Shafer/ Bradford |
| 554. | "Superman Inside" | Eric Clapton | Clapton/ Bramhall/ Melvoin |
| 555. | "Opticon" | Orgy | Gordon/ Dirakh/ Hewitt/ Shuck/ Haley |
| 556. | "Too Little Too Late" | Barenaked Ladies | Page/ Robertson |

| COUNT | COMPOSITION | POPULARIZED BY | WRITTEN BY |
|---|---|---|---|
| 557. | "Digital Bath" | Deftones | Moreno/ Cheng/ Cunnigham/ Carpenter |
| 558. | "Old Enough" | Nickelback | Kroeger/ Kroeger/ Peake/ Vikadel |
| 559. | "Warning" | Green Day | Armstrong/ Wright/ Pritchard |
| 560. | "Let Sally Drive" | Sammy Hagar | Sammy Hagar |
| 561. | "South Side" | Moby | Hall |
| 562. | "No Way Out" | Stone Temple Pilots | Deleo/ Deleo/ Kretz/ Weiland |
| 563. | "Sleepwalker" | Wallflowers | Dylan |
| 564. | "Optimistic" | Radiohead | York/ Selway/ O'Brien/ Greenwood/ Greenwood |
| 565. | "Serious JuJu" | Sammy Hagar | Sammy Hagar |
| 566. | "Fiction (Dreams In Digital)" | Orgy | Gordon/ Derakh/ Hewitt/ Shuck/ Abraham/ Haley |
| 567. | "Question Everything" | 8Stops7 | Sula-Goff/ Powell/ Viveros/ Watson |
| 568. | "You're A God" | Vertical Horizon | Scannell |
| 569. | "Porcelain" | Moby | Hall |
| 570. | "Sour Girl" | Stone Temple Pilots | Deleo/ Deleo/ Kretz/ Weiland |