JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP.<br><br>　　Plaintiffs,<br><br>vs.<br><br>LAURINDO "LARRY" SANTOS, individually and doing business as KARAOKE MONTHLY.COM, VALERIE BERENS, individually and doing business as KARAOKE MONTHLY.COM, BAY STATE CD ROM, INC.<br><br>　　Defendants. | Case No. CV 05-02574 AG (FMOx)<br><br>**PERMANENT INJUNCTION AGAINST LAURINDO "LARRY" SANTOS AND VALERIE BERENS** |

### **PERMANENT INJUNCTION**

　　Pursuant to the Stipulation for Entry of Permanent Injunction Against Laurindo "Larry" Santos and Valerie Berens, and good cause therefore appearing, the following permanent injunction is issued:

　　Defendants Laurindo "Larry" Santos, Valerie Berens, Bay State CD-Rom, Inc., their officers, directors, shareholders, employees and all others acting by or through, under or in concert therewith, are permanently and from this date forward forever

1  enjoined and restrained from possessing, packaging, shipping,
2  manufacturing, importing, exporting, distributing, selling,
3  advertising or offering for sale any musical recordings, whether on
4  CD, CD-G, DVD, MP-3, stream or any other medium, now known
5  or hereafter created, that contain, utilize or feature any musical
6  compositions that are owned and/or administered by Warner-
7  Tamerlane Publishing Corp., WB Music Corp., W.B.M. Music
8  Corp. or their affiliates, successors or assigns, unless a
9  synchronization (in the case of karaoke) or other required license
10 for each such utilized musical composition shall have been
11 previously obtained from Warner-Tamerlane Publishing Corp., WB
12 Music Corp., W.B.M. Music Corp or their affiliates, successors or
13 assigns.

15 IT IS SO ORDERED.

16 
17 Dated: February 11, 2009    _____
18                              Hon. Andrew J. Guilford
                                 United States District Judge